IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LARRY WALLACE                                                                                              PLAINTIFF

v.                                          Civil No. 6:19-cv-6081

CREDIT ACCEPTANCE CORPORATION                                                      DEFENDANT

## **ORDER**

The parties have filed a proposed Stipulated Order Compelling Arbitration. ECF No. 7. The Court approves the parties' stipulation to arbitrate this matter and sets forth the following:

1. Plaintiff Larry Wallace ("Plaintiff") filed his Complaint against Defendant Credit Acceptance Corporation ("Credit Acceptance") on July 8, 2019.

2. Plaintiff and Credit Acceptance have agreed to arbitration and shall voluntarily submit their respective claims and counterclaims to binding non-judicial arbitration.

3. The arbitration shall be conducted through the American Arbitration Association

4. Plaintiff shall initiate arbitration and pay the initial filing fee and Credit Acceptance shall be responsible for payment of the arbitrator's fees.

5. The parties will be responsible for their respective attorneys' fees and costs.

6. The action is **STAYED** and **ADMINISTRATIVELY TERMINATED** pursuant to 9 U.S.C. § 3, without prejudice to the right of the parties to reopen the proceedings to enforce the arbitrator's decision.

**IT IS SO ORDERED**, this 27th day of August, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge