IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LARRY WALLACE                                                                                          PLAINTIFF

v.                                          Case No. 6:19-cv-6081

CREDIT ACCEPTANCE CORPORATION                                            DEFENDANT

## **ORDER**

Before the Court is a Notice of Withdrawal of Complaint and Voluntary Dismissal of Action Without Prejudice. ECF No. 9. The notice is filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), which allows a plaintiff to dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. In the present case, Defendant has not filed an answer or a motion for summary judgment. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 10th day of September, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge